As his mother I am truly sorry and heartbroken for the pain my son has caused. For me the most painful part is knowing now, what darkness he was living in. The shame, guilt, fear and pain of knowing it was so very wrong and not knowing an escape from this darkness. He had hit bottom and the fear of losing everything was so great. He did not know where to go for help. I now know he lived with incredible shame as I was told by his friend when I told him Jordan was in jail. His response was, "Thank God, I thought you were going to tell me he committed suicide!" His arrest became the gift of salvation for him.

As Jordan's mother I want the court to understand that I can sympathize with those he has hurt. I could be the mother writing the letter of impact someone had on my son. As a teenager, Jordan also was a victim of this same circumstance. My husband and I were not made aware of this until after his arrest. Considering where we are now, we would have been very grateful to have found out about Jordan when he had been victimized. We would have immediately gotten help for him. We would feel it was our obligation to learn and grow from that. Now we all pay the biggest price.

Those affected have the gift of knowledge, awareness and an obligation to help their children with their emotional pain and struggles. It is imperative we understand why. Internalizing and isolating oneself can have a very negative impact on young minds that are confused. What Jordan did is not who he is, but a result of many factors. There is refuge, help and information available for people in a position similar to Jordan's. Parents need to be there when it is most painful and uncomfortable, to talk to their children about their hurts, confusion, loneliness and misconceptions. Parents need to be aware of the truth. My family is the consequence of not knowing what's going on in our children's lives. The victims and their families can now address the pain, questions and struggles of their children. I did not have that opportunity. For them I pray it won't be years before they realize how much emotional pain their children are in, and that they can seek help.

I ask you to consider the help Jordan may be able to offer from his experiences. In the future, he can offer information and education. He can be a positive example of how easy it is to get caught in the darkness of the internet and the addictive nature of pornography. I feel that had these aspects not been available, Jordan would not be where he is. Everyone has a responsibility to learn from their experiences. These problems can be character building opportunities. Jordan has shown that from his letters, conversations and requests for books and information on healing, that he can become a better person because of this.

Jordan feels much remorse and shame from his actions, but he is a changed person. He has learned much already and is anxious to continue his growth and self understanding. He will leave this system deeply affected by this experience. He does not take any freedom for granted. He feels incredibly blessed, yet incredibly ashamed to know he caused so much pain. I don't believe he realized the strength and support of his family and friends. Everyone needs to know that there is someplace to go or someone to offer help. He now knows the strength of these continued relationships. Our family and others

Honorable Judge Michael Mihm:

My name is Kathy Mathson. I am Jordan Williams' mother. As you can imagine I have lamented over the writing of this letter for over a year. I am writing you as a mother who dearly loves her son beyond measure. What words can I say that will help the court understand the past, appreciate the present and determine the most favorable outcome to this difficult situation? That appropriate penalty and treatment will be decided for the future of my son. It is my hope that the court will consider all of the circumstances, emotions, pain, growth, strength and acceptance when deciding his future. He is a good person, a wonderful son, stepson, brother, nephew, cousin, grandson and friend. With all of our support we can help him help himself in this long challenging journey he faces.

As a person, Jordan has always been very thoughtful, respectful and considerate. Likewise he is thought of in that same manner. Jordan has always had a strong work ethic. He has been an asset to many of his employers. He often excelled at his jobs by taking on a more responsible role than what was required. To whatever challenge Jordan was given he took the task seriously. He is intelligent and self directed. As a child he spent many hours taking things apart and thankfully learning to put them back together as he got older. He is a problem solver and has always been willing to be the one to do the work. Many of our friends and family have become quite dependent on Jordan being able to help them with everything from car repairs, cell phones and household repairs. In fact, not seeing Jordan doing something was unusual. We have become quite reliant on his capabilities in this manner. We miss him dearly.

As I was discussing with Jordan's attorney what to write in this letter, he posed the question, "Has Jordan done anything extraordinary, like saving a life?" No, he hasn't, but something extraordinary happened when this situation came to light. Everyone involved in our family came to Jordan with offers of support, caring, deep concern and prayers. This includes clergy, parents of his brother's friends, grandparents of friends, co workers and even customers of his from U.S. Cellular. No, maybe he didn't save anyone's life, but somehow he has impacted all of these people in such a positive way that they all gave offers of emotional support. Not a single person in our lives turned away in embarrassment or shame. That, I believe, is extraordinary. My family has been extremely blessed with all of this support. I believe that the good person he is is the person that has received all of this support. That, I think, says a lot about his character. Unfortunately I don't think Jordan ever realized just how much love and support he really had. I wish I had done things differently but that doesn't change now. I thank God that we all realize that we have the choice on how to live now.

When I was told of Jordan's charges I was not only blind sided, I was devastated, as was the rest of my family. Mostly all of us were heartbroken. Not in my worst nightmare would I have imagined this as something my son, Jordan, would have been arrested for. This behavior was so out of character for my son, but I cannot imagine ever not being there for him.

October 21. 2004

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

I am Taylor Mathson, Jordan's brother. I am 16 years old, and I am a student at Dunlap High School. I am Scott and Kathy Mathson's son. I also have another twin brother, Cameron.

Jordan was 9 when I was born, and was living with my mom and dad. From the home movies I have seen, Jordan loved playing with me and Cameron and was always nice to us. When he was 16, Jordan moved to Wisconsin to live with his step-father. I was very upset to see him go. He eventually moved to Minnesota, when I got to visit him a few times. I would always get excited when I got a chance to see him, and looked up to him as a loving and caring brother. Due to complications, Jordan could no longer stay there, and had to move down with us in Dunlap, IL. I was so happy that he was staying with us, and at the time didn't think he would stay with us for more than a few months.

The days went on and Jordan was still with us. I got a lot more chances to see him and spend more time with him, and as time went on we developed the common brother relationship. He wasn't always nice to me, as an older brother should treat a younger brother, but I respected and loved him very much. Jordan became an active member of the family, picking up groceries, dropping me and Cameron off at friends' houses, doing chores around the house. Jordan was a very bright young man, and towards the end of his time here at the house was attending college and doing what he could juggling family, work, and school. He was very smart in computers and other electronics, and always gave good advice for the next TV, computer, or other electronic to buy. Jordan had a very important role in our family, and it's unfortunate that he can no longer fulfill that role.

I am aware of the crime that Jordan has committed, and I know that he is deserving of punishment for it. I also feel that Jordan has a problem, that led to this crime. I think he needs help to solve this problem and to feel better about himself. Jordan has a lot of family that believes in him, and that if he can figure this out, can still go on to live a long successful life filled with family, friends, and happiness. There is not a doubt in my mind, that if Jordan can get a second chance with psychological help, he can benefit himself and the people around him. He is very bright, and has a lot of potential.

Taylor Mathson

To: The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, IL 61614

My name is Scott Mathson. I am 43 years old and married to Kathryn Hackler-Mathson. I am Jordan Williams' step-father and father of twin boys, Cameron and Taylor who are 16 years old.

I am a territory sales manager with H. D. Smith Wholesale Drug Company based in Springfield, IL. I have been employed by them for the last 9 years selling to pharmacies and hospitals in the central Illinois area.

I first met Jordan Williams in the fall of 1984, he was 5 years old at the time and I can still remember the gleam in his eyes as he looked through the window of the door as I knocked.

His mother and I dated for about two years and were married in the fall of 1986. I took the role of step-father very seriously and felt I had prepared myself for all of the difficulties that might develop in a blended family. There was little of that. Jordan was a great kid who had a passion for things such as electricity and engines. He was respectful to myself and others and was always there to help or lend a hand to anything his mother might be having trouble with.

I always admired Jordan for having the insight to understand both his father's feelings and his mother's feelings if there would be a disagreement between them or a conflict as he grew up. He never held grudges against either one of his parents and would always make great effort to attend all of his family's events no matter how far the travel.

As he got older and was able to work, he was asked to be the basketball manager for his high school team. He not only did it but did it with passion and detail. The coach would always comment on his dependability and taking his responsibility to a level he had never seen before.

He worked for a car dealer in high school and was elected employee of the month on a couple of occasions! His attention to a high level of service was just way above his years!

Recently he worked for my company on some assignments that we had part time while he went to college. I knew that he would do a great job and that my peers would be happy with his work, and they were!

Jordan has made a terrible mistake to which he is extremely remorseful. Just like he puts great passion into everything he does, I believe he has looked at this situation and deeply into his life as to what got him to this point. I have seen a tremendous change in him this last year. With his faith in God he has been able to talk to us about his struggles as a young boy, a teen-ager and now as a young adult. As a parent, his internal pain that he had to go through alone hurts the worst.

I believe Jordan has tremendous potential in his future, and with God and his family by his side I believe that potential will be realized.

I hope that you consider all of this when you sentence Jordan. He wants to make right to the people he may have hurt but he also wants to make his life and his future right.

Sincerely,

Scott Mathson

Scott Mathson

Dear Judge Mihm:

My name is Jordan Allen Williams and soon you will be imposing my sentence. My intent in writing this letter is to provide a scope of information beyond that of what is included in my Pre-sentence Investigation. Hopefully I can address some questions that one might have of me and my behavior. Moreover I imply want to explain myself.

Throughout this letter I, in no way, intend to imply that I am not guilty. On May 12th, 2004, I plead guilty to the charges against me. I did so because I am guilty.

Everyone has their own life story, they are entitled to it. During my present time incarcerated I've spent quite a bit of time looking back on my life, trying to figure my own life story out. I've wondered just what caused me to wind up where I am today, and looking at the past, the pieces of the puzzle begin to come together. Even though a few pieces are still missing, the picture has become a lot clearer.

Throughout my childhood I struggled to have a relationship with my father. Growing up he simply was not there for me, he was around, but not on a regular basis. I grew up knowing I had a dad and even who he was, but I grew up without him at my soccer games, school plays and concerts, and other school events. My step-dad was there, along with my mom, but I was longing to have my dad I struggle to have a decent relationship with my father.

Clearly my sexual identity has caused problems for me. Before I could figure out my sexual identity I was harassed and ridiculed at school. This started while I was in fifth and sixth grade and tapered off in eighth through tenth grades. I really struggled through these times- trying to make friends and figure out who I was. I mean even still today I struggled with my sexuality. I really don't know why, but I still, now even, have a hard time calling myself "gay".

In 1994, I decided that I needed to figure something out, or at least try to. I decided to move to my dad and step mom's in Wisconsin. I would end up finishing my high school career with a new group of peers. It was to an extent, new surroundings and new parents to watch over me. I figured I could escape the harassment at school and try to get to times my dad.

That fall, after moving to my dad's, we got a computer and the Internet. The online world to the mid 90's is not what it is today. Still there was pornography and chat rooms. Fortunately for me at the time I lived in a smaller city in Wisconsin. The local online community was smaller and not nearly developed. Had I lived in a larger city I probably would have been a victim earlier that I was. I was 15 and spending lots of time on the Internet chatting and looking at pictures. I wanted to meet people but couldn't seem to find any close to me.

As I continued to learn about the Internet and computers, so did my parents. They at one time came across an email since I had tried to send to a gay guy in his

20's. In the email I was trying to relate and identify. At the time my parents tried to talk to me about it. It was difficult discussion; I didn't really know what I was feeling at the time. I was embarrassed and ashamed deep down and was scared to let them down. I ended up lying about my feeling to smooth it over.

My lies continue to manifest. I continued to sneak on to the Internet to look at pornographic (adult in nature) and chat room even though I was grounded from it. I really wanted to find someone to meet up with. Eventually I found someone in the same town. He was in his 20's. The purpose of our meeting was basically just for sex. While thinking everything was fine we met a few more times. Everything seemed ok. Unfortunately, at the beginning of my senior year, the truth got out about what had happened with this guy and me. Things then were not as fine as I thought. Ironically this individual would later be convicted of a sex offense with a minor.

Around the middle of my senior year I met another guy that was 23 and lived close. After talking online we decided to meet in person. He eventually persuaded me into a complex relationship. It was really nothing more than sex, but at the time I didn't realize it, I was too naive. He eventually mailed me a letter and my dad and step-mom found it before I got it. This letter provided a grapevine account of my relationship with this guy to my dad and step-mom. My secret was now out to them.

My step-mom felt the need to share this information with her family and my dad's family. She shared this to them without my input. A few people surprised me with their acceptance. But with most of the family I became even more of an outsider then I was before. Still over half my family didn't know and after what I had experienced from those that knew, I chose not to tell anymore family, I was still embarrassed and ashamed.

Over the next eight (8) years of my life I would have only a few relationships, broken ones at that. Like most gay relationships they were unhealthy, based on sex and deceit. I became addicted to sex and had hundreds of encounters with hundred of people. I didn't realize I was addicted to sex and where that addiction was taking me.

I was so insecure with myself, I spent most of my time looking for people to have sex with online. Chatting with most people online and later meeting up with them, was anonymous. I didn't really have to get to know them, nor did I have to worry much about running into them while I was out with my family. By this time I was living with my mom, stepfather, and brothers. They didn't know about my sexuality and I was scared to tell them. This was my secret life, hidden from those that loved me the most.

Around my 24th birthday, I began to reflect where I was at in my life. I had three (3) broken gay relationships, I could no longer remember, let alone count my sex partners anymore. I began to think I might have some problems. I thought

about getting help, but it was easier to find an excuse not to. My pride was stopping me. I had totally taken for granted how lucky I was to be HIV negative and that I really never had a serious STD. I knew things had to change, but didn't know how.

In a strange way, getting arrested on November 17th, 2003 was a blessing in disguise. My family, all of them, now know my biggest secret and about my unlawful behavior, and they are still there for me. I have been forcibly removed from what was my element. No computer, no internet, no cell phone, no text messaging. No more secret life or double life (I'm not gay around my family, but around other I am). I have been removed from a group of people I considered friends that were committing the same crimes. Now I can look back, from the outside, into what was going on. I have a whole new awareness and appreciation for the impact of my hurtful and unlawful actions.

My victims, rather than finding an adult who could be a good support structure or role model, which I could have been instead found someone who was eager to have sex. And by ultimately meeting and having sex, I repeated acts from my history that ended up affecting my and subsequently their views of healthy relationships. Now I've helped to perpetuate the image of what society views as gay relationships, based on sex, and in reality most are.

I've come to learn that the ramifications of my actions may show themselves overtime. But I hope and pray they don't. As much as I thought my victims consent, offer, or invitation at the time meant it was ok, I've learned and realized that they may not have been able to make that decision in the first place. There is and was no justification. I, as an adult, made poor choices thinking from an irrational state of mind. Now I dearly regret those choices. I can't change the past, but I can and will move forward with 20/20 hindsight. I can't take away the pain, confusion, or hurt I caused. If I could I would. I certainly would and will do anything I can to help my victim and their families. I pray for their wellness, happiness, health, and future success. I want the best for them and their families.

As a result of my arrest some people I knew or considered friends have also been arrested. These other individuals were also caught up in some unlawful and victimizing behaviors, there are now a few people out there victimization teens. While my cooperation may help me, I wanted to help reduce the growing cycle of victimization, there are now few less people out there victimizing teens. Hopefully these other defendants will also be able to gain awareness and hopefully some help for their problems.

Are people who commit any type of sex crime against children or teens correctible? That is the big question. Statistics I have read point both ways some say treated sex offenders have the lowest rate of recidivism, while others say they have the highest rate.

I believe that answer lies in the defendant, offender, or me. After this present experience, I know I will not commit any crime, let alone a sex crime again. I know this because I have a new wealth of knowledge and support I never had before. I have safety nets there for me to make sure I succeed in earning back trust. I know and remember what it is like to be a victim. I am aware, and know the warning signs and the signs of abuse and addiction. I know where to get help and how to get it. I have a support structure of family and friends. I have a church to help me. I have my own plans for the future.

While people may have different views on faith and God, I certainly believe my new found faith and relationship with God will keep me walking in the light. "The plans I have for you are plans to prosper you and not to harm you, plans to give you hope a future" (Jeremiah 29:11). The Bible is full of knowledge and insight. In Mathew 18:6 and Luke 17:2, the Bible speaks of crimes committed against children and the individuals who commit those sins. Romans 8:12-13 talks about how to quell the forces of sin. Romans 10:13 says "Everyone who call on the name of the Lord will be saved." Psalm 40:1-3 speaks of a life much like my own. In James 1:2-7 and John 1:5-10 we learn of the rewards of being a believer. My relationship with the Lord is an important part of my future. Regardless of the courts opinion on God, He is the one I must answer to first, and I am accountable to him. He will keep me walking in the light.

I'm 25 years old and am blessed to have the amazing family I have. I love and care about them all so much. Even after they become aware of my unlawful acts and secret life, they still love and support me. Which is amazing and remarkable for me, considering they are also victim of my actions. They have had to deal with their son, stepson, grandson, brother, nephew, being in jail. Fortunately for me they have accepted my apologizes and forgive me.

My twin, 16 year old brothers, I'm really proud of. Even though they were never in any danger of any kind of abuse by me, they are victims too. They have been interviewed by detectives, read about me in the paper, had to explain to their friends where I am. They have held up and endured remarkably well. It pains me though that I'm missing out on these years of their life – learning to drive, school sports and events, getting jobs, and eventually graduating high school.

But my family is still here for me. Here to love me, support me, educate me, and most important, help me re-established myself. I never have to be alone again with my family there.

I know now I need to help and I know where to go to get help. While I'm incarcerated I want to take part in the Bureau of Prisons Sex Offenders treatment program, such as the one available at FCI, Brother in North Carolina. When I am released I intend on becoming a part of programs such as S.A./S.A.A., recovery programs provided through my church. Additionally, I want to take part in sexuality cleansing programs offered by groups soon as "Love in Action" and

"Exodus International." Of course that would be in addition to any court or probation required participation in out patient treatment.

Part of my plans for the future include a family of my own. A family with myself, a wife, and kids of my own. A family built on trust, honesty, and integrity. A family I can be proud of. And a family that I will educate and protect from people like I used to be.

I now have a serious task ahead of me. I have to prove to society that they can trust me. I, already, take this task seriously. I will succeed in winning back the trust of society and the courts. When I am released no parent, child, previous victim or their family will have do worry about me, ever again!

While I can't change the past, I can work to change the future. I intend to take the knowledge I gain and use it to help others. I intend to take my wrongs and make them as right as I can. I want society to be aware of how to prevent children from becoming victims of sex crimes. My cooperation with law enforcement doesn't end now. It will continue on. Whatever I can do to help, I will!!!

Your Honor, I wish I could change the past. I can't change the past, but I take full responsibility for my past actions. I only wish I could apologize enough to my victims and their families. I truly am very sorry. Not a day goes by that I don't pray and hope for their healing.

Thank you for taking the time to read what I had to say. Please know that I will prove myself trust worthy. No matter the sentence, fine, or restitution, I accept it. That is the very least I can do to try to pay my debts to my victims and society. Thank you for your consideration.

Respectfully,

JORDAN WILLIAMS

I think this sign speaks for itself. When I saw it on a billboard on my way home from vacation I took a picture of it. I am sending it to every person on this list from Operation Cybersafe.

My grandson was a victim of a predator like one of you. He got on the internet at 15 and met up with one of your kind. At 15 you do not realize the ramifications of such a stupid decision. As an adult you more experienced gays should have known the consequences of your actions.

While things are out of control sexually for the past decade it is not an excuse to think it is ok to take advantage of teenagers. You were all teenagers at one time. How would your parents have felt if the tables were turned?

Today no matter what the situation everyone makes excuses for why things happened. No one seems to want to be accountable anymore. My daughter personally knows one of the people on this list. His parents have blamed the victims. It couldn't be Lance's fault. The minor looked older for his age. The minor was consenting. The minor lied about things. What a shame how stupid Lance was that as an adult he did not notice all of these Things.

A grandmother against sexual predators

that they are not as alone as they thought they were, when they chat and explore on-line. The Internet build "walls" which makes talking about otherwise uncomfortable things, easier.

Ultimately where I'm going is, when your grandson contacted me online, I should have encouraged him to find someone his own age if he was looking for a sexual encounter, but even still to wait to have sex. I should have been there to direct him to places or sources of resources to help him "figure him self out." I didn't, obviously. And for that I'm really sorry. Whether he choses to be gay, bisexual, or straight; my actions have perpetuated the actuality that being gay is really just about sex, and actually it really is for guys from 18-27.

For whatever it is worth your grandson and his family are in my thoughts and prayers. I'm sorry for the pain, confusion and embarassment I've caused him and his family. I hope that he survives this ordeal, learning what not to become when he gets older. I hope he does well in school and his life. I wish him the best, I truly do!

By the way, for at least me my parents do know what its like to have the tables turned. I also hope and pray that what happend to your grandson does not have to happen to my brothers, who are the same age, or anyone else!

JAW



**NORTHWOODS**
COMMUNITY CHURCH
*Discover A Whole New World!*

November 6, 2004

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

RE: Jordan Williams

The Honorable Michael M. Mihm:

I am Steve Shaffer, Executive Pastor of Northwoods Community Church. I have been in the ministry for the past 21 years working with children, youth and adults. Before becoming the Executive Pastor at Northwoods Community Church in 1994, my main focus of ministry for 12 years was with teenager (Grades 6 through 12).

During the past several years, I have had casual contact with Scott and Kathy Mathson and their family. Just about a year ago when Jordan Williams was arrested, I spent sometime with him in the Peoria County Jail listening to his story, observing his brokenness and praying for his release from the bondage of his addiction. Jordan shared with me his remorsefulness as he was pondering what the outcome might be concerning his behavior. There was no question in his mind that what he did was wrong and he would need to suffer the consequences for that behavior.

Over the last year I am very much aware of Jordan's desire and commitment to flee from the addictions and habits of his past. A few men from the church have met with Jordan during chapel services...which Jordan never missed...to encourage him and prayer with him. He needs to be involved in an accountability support group that will assist him in holding boundaries for his life. Northwoods Community Church is ready and able to bring this kind of support through our Care Center and "Celebrate Recovery" ministry. Enclosed you will find a brochure describes some of the support and care this ministry will offer.

I believe Jordan understands what he has done was wrong. He, also, understands that he needs to suffer the consequence for what he has done. However, I know, personally, that he has sought forgiveness from God. His desire is to move forward in his life as a man of character and integrity.

I ask you as the judge to please consider those who are ready to come alongside Jordan to hold him accountable and to love him upon the day he would be released from the courts.

Sincerely,

Steve Shaffer
Executive Pastor

Enclosure: Celebrate Recovery Brochure

September 30, 2004

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

Honorable Judge Michael M. Mihm,

I am the maternal grandmother of Jordan Williams and wish to make a few statements on his behalf.

I recently visited him at the Jail and had a televised conversation with him. I did not find him bitter about his situation, nor did he complain to me of any of his unfortunate circumstances. I found that to be very surprising and he deserves a lot of credit for maintaining that attitude. It has to be most difficult.

Jordan has the potential to become a success in the future and should be given another chance to prove himself so. I truly believe in him and would help him in any way that I am able.

Sincerely,

Donna M Hunter

Eric Roof
524 W. Florence Ave.
Peoria, IL 61604

The Honorable Michael M. Mihm
United States District Court
Central District Court
Peoria, Illinois 61614

Dear Mr. Mihm,

Sir, my name is Eric Roof and I am writing to you on behalf of Jordan A. Williams and his family. Before I explain my relevance to Jordan and his family I will supply you with some background information on me. I am thirty-eight years old and am employed by H.D. Smith Wholesale Drug Company. I am divorced and the father of two children ages nine and five. Meredith and Nicholas attend St. Philomena Grade School and have each met Jordan. I have lived in Peoria for all but seven years of my life attending St. Thomas Grade School, Richwoods Community High School and finally the University of Illinois at Springfield. I received my degree in Accountancy and worked in that field for approximately five years before joining H.D. Smith. Currently, I have a sales position at H.D. Smith and have been employed by them for five years. I have lived in the community and have met a number of families of which include the Mathson's.

I first met Scott Mathson five years ago when hired by H.D. Smith. His territory included Peoria and we worked together prospecting for customers in reverse distribution. Over the months and years to follow we developed a friendship that included golf, sporting events and family get-togethers. I have spent a great amount of time with Scott and Kathy getting to know them quite well. I have nothing but the highest regard for them as friends and parents. I first was introduced to Jordan through his employment with H.D. Smith while he also attended school at Illinois Central College. Jordan performed the merchandising duties that our company needed and excelled at that job. Jordan impressed me with his intelligence, thoughtfulness, and determination in both dealing with customers and people in general. As I got to know Scott and Kathy better I spent many hours at their home for cookouts or other events. When Jordan left H.D. Smith and began employment with U.S. Cellular he was the first I called about information. I knew he would give me knowledgeable information and I could depend on his honesty. As expected, U.S. Cellular has provided me with the exact service he promised. Overall, I feel that I got to know Jordan well and really believe that he is a good person and enjoyed the times that I have spent with him. I was surprised when Scott told me of the circumstances involving Jordan because I would have never expected anything like that. As a citizen and parent, I believe that Jordan has learned from his mistakes and deserves some empathy from the judicial system. In my opinion, he is not dangerous and will most likely be a model citizen for the rest of his life. If in any way I can be of service to you or anyone on behalf of Jordan please do not hesitate to contact me.

Respectfully,

Eric Roof

Dr H E Mahler
214 East Lowes Creek Road
Eau Claire Wi 54701
715-830-0777
Buzbarwi@aol.com

*September 12, 2004*

The Honorable Michael M Mihm

Dear Judge Mihm:

My first meeting with Jordan Williams was when he was about six years old and my daughter, Deanna, married his father, Paul Williams in Eau Claire, Wisconsin. My wife and I became his step grandparents. Our only contacts with Jordan were when he would visit his father on holidays or family occasions. Jordan chose to move to Eau Claire at age 15 to live with his dad and step mom, and finish high school.

Jordan and I became good friends, and had many quality conversations about his future, his aptitudes and his life goals in general. He was very helpful to us with any technical installations or problems we encountered with electronics and computers we used. His self-taught knowledge was outstanding. Jordan rewired a renovated area of our home and did a very impressive job of design, planning, and installation of all the circuitry and fixtures. We discussed his potential in electrical engineering or electronics many times. Jordan also has automotive abilities that were very obvious. He seemingly could fix anything.

My wife and I neither understands nor condones his way of life and the problems that now exist for Jordan. I do feel from recent correspondence, that Jordan knows that he has failed badly. He accepts the need to be punished, and hopes to be able to right his wrongs. With good professional counseling, I truly believe that Jordan could rehabilitate into society and have a productive and successful life.

I am presently retired from my practice of dentistry, and as and "insider, outsider" in Jordan's life, I truly believe he possesses the character and intelligence to rearrange his life, given some help.

Sincerely yours,

*Mahler*

H E Mahler, D.D.S., Retired

Over a period of approximately 4 years, Jordan exhibited behavior that earned him the trust and respect of our sales team.   There have never been any situations I have heard or seen from Jordan to be offensive or immoral in any way.  As I mentioned I have become good friends with the Mathson's.  Never have I heard Scott or Kathy mention any difficulties with their son, Jordan.  My recollection is that Jordan has always spoke fondly and with respect for his family.

   Your Honor, it is unfortunate and with deep regret that I am writing this letter to your court but these comments regarding this young man are truthful and sincere.  Thank you.

Sincerely,

Bryce Badalament

Bryce Badalamenti
2 Ramsgate
Collinsville, Illinois 62234
(618) 971-7901

September 16, 2004

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

To the Honorable Michael M. Mihm,

I would like to introduce myself on behalf of the family of Jordan Williams. My name is Bryce Badalamenti, and have been employed by H. D. Smith Wholesale Drug Co. in Springfield, Illinois for the past 6 years.

My wife, Cindy, and three children reside in Collinsville, Illinois. My wife is a pharmacist employed by the Maryville Pharmacy. We are members of the Good Shepherd Lutheran Church located in Collinsville. Our children's ages are 3, 12 and 16.

Please allow me to mention my job description as I consider it pertinent to the purpose of the letter. As sales consultant for Smith Drug my job is to maintain and grow pharmacy, hospital and clinic accounts in the Metro-St. Louis area.

The objective in wholesale drug sales is to be a multi-tasked vendor to the pharmacy, providing prescription drugs, over-the counter items and services designed to better manage retail pharmacies.

To gain the confidence and business of a pharmacy owner it is critical to deliver products, information and services that are timely and accurate. It is also important to possess qualities of professionalism and communicative skills.

During my employment I have become good friends to Scott and Kathy Mathson and have met their children, Jordan, Taylor and Cameron during various social and business functions. I met Jordan shortly after beginning my job with H. D. Smith as he assisted the sales department on pharmacy conversions. Jordan has always displayed the skills required to be a team member.

There have been over a dozen occasions on which I worked with Jordan. Jordan's capacity was to assist the sales department in merchandising new and existing customers. My observation and evaluation of Jordan's behavior and work ethic are nothing other than commendable. His character qualities were always professional and courteous. He offered intelligent solutions to problematic situations. He interacted well with the sales force and customers.

208 W. Tazewell St.
Tremont, IL 61568
September 27, 2004

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, IL 61614

My name is June Brown and I am employed for U S Cellular for 13 years. I have 2 adult children and 3 grandchildren.

I am writing on behalf of my friend and former co-worker Jordan Williams. I have known Jordan for approximately four years. I consider Jordan to be a good friend, very intelligent, honest and a very giving person. Both co-workers and customers very well respected Jordan. Even after one-year customers still ask for Jordan to serve them.

Two years ago my 19-year-old stepson grandson was killed in a car accident. Jordan volunteered to work my scheduled hours, along with his own, allowing me to take off the time I needed. I am very thankful for the compassion shown to me during this difficult time.

I believe Jordan has a lot to contribute to society. As I have stated he is a very caring, intelligent person. He has a great family to help him overcome any obstacles that may arise.

June Brown
June Brown

September 19, 2004

The Honorable Micheal M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

Dear Honorable Mihm:

My name is Jason W. Borlick. I have lived in Valparaiso, Indiana for most of my life.
I have been married for 11 years and have two sons, ages 9 and 4. I have a Bachelor's Degree from Ball
State University, which I earned in 1987. Professionally, I am the Business Development Manager for a
pharmaceutical distributor that generates sales in excess of 1.5 billion dollars annually. My entire career
has been spent in various aspects of the wholesale pharmaceutical business.

I first met Jordan Williams in May 2001. His Stepfather, Scott Mathson, has been a co-worker and friend
of mine for the past six years. I have gotten to know Scott's family including his wife, Kathy, Jordan, and
their twin sons Cameron and Taylor, fairly well over the years that Scott and I have worked together. I have
stayed in their home on a few occasions when I was on business trips that were close to their home. We
share many common interests such as a love for the state of Wisconsin and the Green Bay Packers. For
quite some time I have been somewhat aware of the struggles that Kathy faced as a single parent with
Jordan in her life prior to her marriage to Scott. They seemed to be typical difficulties that anyone in her
situation might have to deal with. However, most of what I have seen and known of them is the family that
exists today. What I have seen is a family with two loving, caring parents that are very involved in the
lives of all of their children and concerned with helping them in every aspect of their lives. They are
simply good people who are willing to face Jordan's problems head on right along with him.

In May 2001, my company had just secured a very large customer, and the recommendation was made to
hire Jordan for the conversion process. My responsibility was to oversee this process. I hired Jordan to
assist with the re-setting of departments, retail price management, give suggestions on how to improve
sales, answer customer questions, as well as to assist the retail client. I paid close attention to the work
being done as well as to how many man hours were being spent to complete the conversion. At this point,
Jordan was on the "honor system" as far as reporting how many hours he actually worked. However,
because Jordan was a new hire, I paid very close attention to the hours he worked as well as to the quality
of his work. Jordan turned in a very accurate and honest time sheet at the end of each work week. The
work he performed exceeded expectations. He was also on time, courteous, and quite helpful with the
customers.

After that initial project, Jordan was asked to help on several other projects my company had scheduled. I
also had the opportunity to spend some individual time with Jordan during a lengthy car ride as well as at
dinner on at least five occasions during projects. I was impressed with his pleasant, caring and considerate
nature. I am saddened by his situation, but hopeful for his future. What I saw was someone who is
capable of being a successful and productive member of society. His wonderful family is his biggest asset
right now. If he accepts the support and direction that is available to him from his mother, stepfather and
stepbrothers, among others who care, he will be able to overcome what he has done in the past.

Respectfully submitted,

Jason W. Borlick

Martin and Joan Hackler
1606 Victoria Drive
Fullerton, Ca 92831
September 14, 2004


The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614


We are Jordan A. Williams grandfather and step grandmother.

Due to business responsibilities and geography we have not had as much contact with Jordan as we would have liked. We met Jordan when we visited Wisconsin for his mothers' college graduation. At the same time we met Scott (his now step-father) for the first time. The three of them seemed very close and happy. We were delighted when Kathy and Scott chose to marry.

Jordan traveled alone to California to spend a couple of weeks with us at age 8. We had a wonderful time showing him the sights of Southern California and he was reacting to everything with wide eyes and

a happy laugh.

He saved his money for another trip to California. It took 2 or 3 years. This time, traveling alone, he showed maturity beyond his years. It was December and the weather was bad. His flights were delayed a couple of times. Many peoples, old and young would react with panic or anger. Jordan stayed cool, called his mom and then us to let us know when he would arrive. It was another wonderful visit.

We have since seen Jordan when we visited his home. The family always shows love, togetherness and support for one another.

We had a small family gathering at Kathy and Scotts' home last October. Our other daughter Becky and her whole family were there. Jordan and his cousins are good friends and interact with love, care and respect.

Scott has been an excellent father to Jordan and loved him as his own. Scotts family always includes Jordan as their own.

We can tell from the letters we have
received from Jordan that he realizes
his mistakes, is willing to take
the consequences and then start
a new life.

Sincerely.

Mark W. Mohr

Joan Hackler

September 26, 2004

The Honorable Michael M. Mihm
United States District Court
Central Districts of Illinois
Peoria, Illinois 61614

Dear Honorable Michael Mihn:

The purpose of our letter is to serve as a character reference for Jordan Williams. We are Jordan's Aunt and Uncle and have known him since he was four years old. We have four children or our own, two are adopted from the Philippines and two are biological. They range in age of 4 months to 12 years. Anne works at the University of Wisconsin Stevens Point as a program manager for corporate and small business education and training. Dave works as a computer network engineer at RMM solutions where he works with school districts and businesses implementing computer solutions.

Over the past 20 years we have spent a lot of time with Jordan at various family gatherings, which included holidays, picnics, fishing trips and family visits. We have watched him grow from a young curious child to an adult. In that time Jordan has always been kind, considerate and respectful of others. He has a helpful attitude and has always liked to be a part of helping us fix a car, working an electronic gadget or a house repair. Jordan has also demonstrated deep knowledge on an array of subjects.

Here are some examples we have witnessed of Jordan's work ethic and caring attitude:

- On a weeklong fishing trip to Canada, we watched as Jordan was helpful to his Grandfather and me loading boats, making meals and other tasks associated with an outdoors trip.

- Jordan took the time out of his busy schedule to visit us after the birth of our daughter Lydia. Jordan made a point o drive two hours to see her and give us a gift. It was so wonderful to see him share in our joy over Lydia.

- We have witnessed over the years Jordan care for his twin brothers Cameron and Taylor, especially when they were very small. Jordan was so helpful to his parents; getting bottles, diapers, and watching them as his parents tried to get household chores done. As they got older, Jordan would attend their events and encourage them in their activities.

- We were so touched by Jordan's concern when we adopted our son, Lane, from the Philippines. Jordan was excited for us and made a point to give Lane extra attention when we were together.

- Over the years we have witnessed Jordan's commitment to his Grandparents, Ron and Beth Mathson. He has always been willing to help them figure out and install new electronic gadgets and installed a satellite dish for them. He is always eager to help them with a house repair.

- We have witnessed Jordan show a tremendous love for learning. He loves to tackle a project and learn everything about it. We are confident Jordan's strong intelligence will be used for good in the years ahead.

As you can image, we have been greatly disappointed by Jordan's actions this past year. Although we cannot dismiss these actions, we love Jordan very much and will be there for him as he tackles what is ahead. We ask you to consider the deep love and support Jordan has from his family, his respect for others and his passion to learn as you sentence him.

Sincerely,

Anne Mathson                    Dave Mathson.

September 24, 2004


The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Il 61614


Judge Mihm,

My name is Paul Williams and I reside in Eau Claire Wisconsin. I am a life long resident of Eau
Claire and have been employed for the last twenty five years by the United States Postal Service.

Jordan Williams is my son. When Jordan was age two his Mother and I separated. Jordan lived
with his Mother in Eau Claire for a time after that and we spent time together every other
weekend and had some weekday visits as well. Upon his Mother's completion of college she had
remarried and they moved away from the Eau Claire area. We then set up summer extended
visits where Jordan would come and stay with my wife and me for about six weeks. This was
hard for Jordan but he always tried to make the best of the situation. At age fourteen Jordan had
made a request to come back to Eau Claire and live. We at that time were able to form a better
relationship and spend time learning more about each other. I have learned many things from
Jordan and his keen sense in the electrical field. We worked on many projects together
remodeling things in our home and other family members. Jordan was very knowledgeable in
the wiring of lighting and taught me many things. He is a very talented young man and very
eager to learn.

Jordan always has been a good student and willing to help his teachers in any way. We always
had great reports from his school and his teachers seemed to find him an asset to the classroom.
When he arrived at his new school after the move to Eau Claire he also was asked by one of his
teachers if he would like to be the Manager of the basketball team. He took on the job and did
take his position quite seriously. The coach told us that he was most impressed and wished that
he had more students like him. Jordan also worked part time at a car dealership that my wife
worked at and received awards on a couple of occasions.

I know that Jordan has touched many people's hearts in so many ways. I am proud to be his
father and know that Jordan is a vibrant part of my whole family. He has shown many of my
family members time and time again what a caring individual that he is and I know that he can
and will continue to be that.

As Jordan's father I know that you will expect me to say only good things on his behalf, but
please know that I am very sincere and know that my son is a great young man with many talents
and will do what it takes to get his life back on track.

I appreciate your time and consideration in getting to know of some of the ways in which my son has touched so many lives at his young age. I will always be there for him and continue to love and support Jordan and help him to get his life back on track

Respectfully,

Paul Williams.

Honorable Michael M. Mihm:                    September 30, 2004
United States District Court
Central District of Illinois
Peoria, IL. 61614


I have known Jordan Williams since January of 2001.
He was my direct report working as a retail merchandiser
for me from January 16th 2001 until August 15th of 2002.
He always performed his duties in an exceptional way.
I was very pleased with his performance during his employment.
He worked well with his co-workers and management as well as the
customers he called on.

Sincerely,
Jeffrey M. Blahnik
3604 W. Bennington Ct.
Peoria, IL. 61615

September 29, 2004

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

Dear Honorable Michael M. Mihm:

We, Ronald and Elizabeth Mathson, are Jordan A. Williams' step grandparents. Ron is a sales representative for Johnsonville Sausage and I am a retired elementary teacher. We have been married for 44 years and raised three sons in a Christian home. We continue to be very involved in the lives of our eleven grandchildren.

We have known Jordan since he was four years old and feel the same love and concern for him that we have for our other two adopted and eight biological grandchildren. He has always been included in family vacations, birthday and holiday celebrations, etc. Christmas was always a favorite of Jordan's because he could decorate inside and outside with lights galore. When we met halfway in Rockford, IL, to have our family Christmas celebration at a motel, Grandma brought the food and Grandpa brought the presents, but Jordan was in charge of the blinking Christmas lights and the little tree for ambiance!

At a family picnic, when Jordan was about five, he got his first boat ride, instructing Grandpa to stay within six feet of the shoreline. His love of the boat grew through the years of fishing vacations in Canada until he now covets the role of pilot.

When Jordan's brothers were small he was exceptionally helpful caring for them and could always be counted on to be responsible concerning their safety. This attention to detail has always been a trait of his as evidenced when he took the initiative to pack the car for family trips or lock up the house before he went to bed at night.

Jordan's interests have always been in science and electronics. He is the one we consult for information on televisions, computers, cell phones, and cars. He's been very patient in explaining the new technology to help us make wise purchases on more than one occasion. We have encouraged Jordan to further his education in this area of interest. Our hope is that he will be able to continue to pursue his education and become a productive member of society in the future. Though we were heartbroken when we heard of his arrest, and the circumstances surrounding it, we will continue to support Jordan with our love and prayers.

Sincerely,

Ronald and Elizabeth Mathson

September 29, 2004

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

Dear Judge Mihm,

My name is Tim Mathson and I am writing this letter of reference for my nephew, Jordan Williams, who will be appearing in your court. I live in Central Wisconsin with my wife and four children. I have known Jordan since he first became a part of our family as a 5 year old boy. At that time, he was living alone with his mother, Kathy, who married my brother, Scott in 1986. My main contact with Jordan over the years has been during weekend family visits several times per year.

From his childhood, Jordan has always treated his stepfather, Scott, respectfully. He always accepted the authority of Scott in their family even into his adult life, which can sometimes be a problem with stepchildren. Jordan was a polite child and was always a good communicator with adults. Throughout his life, he has been very responsible with both his possessions and the possessions of others that were entrusted to him. He has been very involved in the maintenance of the family car ever since he was a young teen.

I was able to spend time with Jordan in his early teens on two fishing trips to Canada. During these vacations, Jordan was very willing to do his fair share of the work. He has always been helpful and willing to work on weekend projects for other family members. Jordan was also generous with gifts for all family members, particularly when he got his first job.

Jordan went to live with his birth father approximately 10 years ago. We didn't have quite as much contact with him after that time. In the last few years, after he moved back to Peoria with Scott and Kathy, he seemed somewhat troubled and more reclusive. In spite of this, he was still polite and willing to work. We worked together replacing the roof of his parents' house just last year.

I hope this information is of help. If needed, I can be reached at 715-355-9004.


Sincerely,

*Timothy Mathson*

Timothy Mathson


Home Address:    2046 Creciente Dr.
                 Mosinee, WI 54455

September 23, 2004

Hon. Michael M. Mihm
United States District Court
Central District of Illinois
Peoria IL 61614

RE: Jordan A Williams

Dear Judge Mihm:

With regards to Jordan A Williams I respectfully submit the following. I have been a
Registered Client Associate with Merrill Lynch for the last 10 years and have been in the
financial industry for more than 28 years. I have been a personal friend and known
Jordan since the day he was born. His family has been my closest friends for more than
35 years.

I will always consider Jordan to be the son I never had. He was the young boy who could
tell me how things worked and how planes could fly and as he got older the inner
workings of every car made or which cell phone company to use. He was the young
teenage boy who would fix things on my car or hang Christmas lights on the outside of
my house because in his book, you couldn't have Christmas without the lights. He
became my daughter's close friend as they were growing up and more than once helped
her move in or out of an apartment and once climbed on the roof to make sure the outside
of the windows were washed when she moved in. He is also the sensitive, caring person
that took the time to recently write me on the anniversary of my husband's death.

Jordan's family is very important to him. The faith and support they have for him is like
no other. He has always watched over his brothers, Cameron and Taylor and is so proud
of the young men they are becoming.

In summary I would like to share that Jordan will always be welcome in my home and I
will always be there to offer love and support for him in any way that he may need.

Respectfully submitted,

Debra A Van Deurzen
3147 Kilbourne Ave
Eau Claire WI 54703

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

Honorable Judge Mihm:

I am Jordan William's uncle on his mother's side. I am a graduate of the Chippewa
Valley Technical College and spent the last 18 years as a tool designer/maker. I currently
attend the University of Wisconsin – Stout pursuing an advanced degree in
Manufacturing Engineering.

Being Jordan's uncle, I have known him for his entire life and we were very close until
he and his family moved from the area. I continued to see him as well as the rest of his
family on many visits. I have always known Jordan to be a very sensitive and caring
person. He has been rejected many times over by his biological father, but Jordan has
never given up the hope that he will have a father-son relationship with him. One thing
Jordan has had in his life has been a very stable and nurturing home life. His mother and
step-father are and always have been there for him. Scott Mathson has gone way out of
his way to make sure he is part of the whole family, including Scott's whole family. A
close family relationship has always been very important to them.

As far as Jordan's professional life in concerned, I feel that he is very driven and
committed to doing a great job. He has held two jobs at one time excelling in both
without neglecting either one. He has always been that way; his mind was always in high
gear looking at way things were made and what made them work. I believe that the time
Jordan spends incarcerated will be put to nothing but good use. I know he will better
himself in whatever way that he can and leave with one if not more post high school
degrees. I have no doubt that he will return to society and be very productive and
respected. When he does, he will certainly have the support of his whole family.
Thank you very much for considering my experiences with and thoughts about Jordan in
deciding the outcome of this.

Sincerely,
Blair J. Hunter

September 14, 2004

The Honorable Michael M. Mihm
United State District Court
Central District of Illinois
Peoria, Illinois 61614

RE:    Jordan Williams

Dear Judge Mihm:

My name is Pamela Williams. I have lived my entire life in Eau Claire, Wisconsin until 1998 when I moved to Eleva, Wisconsin. I am a legal assistant for an attorney who specializes in worker's compensation, Social Security and personal injury claims. I have worked for my present employer for seven years. I am married to Donald Williams. He is a retired City of Eau Claire police officer, retiring after 30 years of service in 1998.

I have known Jordan Williams since the day he was born. His mother and I have been friends since we were 15 years-old. Though Jordan and I are not directly related, I have always taken a special interest in him, and have always wanted the best for him. The Jordan I know is kind, caring, respectful, giving, responsible and nice. He has always treated me with respect.

Since his family has moved to Illinois, I see Jordan when he and his family visit the Eau Claire area. I do remember one time when he was approximately six years-old, and his mother was graduating from college. My gift to her was to clean her house for the company that was coming to celebrate her graduating from college, and I also had to watch Jordan during that time. I figured I was going to have my hands full because he was and is so inquisitive and always asking questions about how things worked. Instead, he was very helpful with vacuuming, putting his toys away, and picking up his room. He was excited when his mom came home, to see what a good job he had done. Jordan has always enjoyed being around his family and his family's friends. He doesn't hesitate to sit around the table with us and discuss whatever topic comes up. In fact, I think he enjoys us as much as we enjoy him.

Jordan is a good person, who has a long future ahead of him, and I know he will make the most of it.

Thank you for allowing me this time to express my personal feelings about the Jordan I know.

Respectfully submitted,

Pamela J. Williams

Pamela J. Williams

September 10, 2004

The Honorable Michael M. Mimm
United states District Court
Central District of Illinois
Peoria, Il 61614

Dear Judge Mimm,

My Name is Deanna Mahler Williams and I am a life long resident of Eau Claire Wisconsin. I am a very active member of the Eau Claire community as well as a business owner.

Jordan Williams is my stepson and I have known Jordan since he was five years of age. Throughout Jordan's childhood he spent weekends as well as summer vacations with his Father and me in Eau Claire. Upon turning fourteen years of age Jordan had made a request to live with us in Eau Claire in hopes to be able to spend more time building a relationship with his Father. This was a very hard decision for Jordan as he did not want to hurt his Mother or stepfather's feelings. Fortunately his Mother had agreed that this might be a good thing for Jordan and he did make the move to our home. At this time Jordan enrolled in our Local high school and seemed to be off to a great start. He was very much a "go getter" in school and tried to become involved in extra curricular activities. The varsity basketball coach had asked Jordan if he would like to become the manager for the team and Jordan jumped at the chance. Coach Kasmarek raved as to how serious Jordan took his position with the team as did all of the players. Jordan also wanted to find a part time job to save some money for a car. I was at that time employed by our local Cadillac dealership and suggested that he might seek employment there. Jerry Salter who ran the service department hired Jordan and became a mentor for him. Jerry came to my office several times to let me know how impressed he was with Jordan and his eagerness to learn and keep customers happy. The dealership ran a program every month where we would choose an employee of the month, and this was a very special award within. Jordan was the first part time employee ever to receive this award, not only once, but twice. On several occasions customers sent letters to the dealership and stated what a helpful and courteous young man he was. This caught the attention of the owner of the dealership and he even approached Jordan and myself and said that he would help send Jordan to a dealer candidate school if that was what he would like to pursue. Jordan also had a passion for electronics as well as cars and took a opportunity at our Best Buy store where he was hired at the age of eighteen as a supervisor. He had many people that he was responsible for and did a wonderful job while there.

Throughout the years that I have known Jordan he has always had a strong desire to achieve many goals for himself. Jordan is a very kind and thoughtful young man and truly a over

achiever in many way. He has always been available for others as far as helping out with family things. Whether that be wiring tape players, tv's, light fixtures and the like, or simply tuning up someone's car. These were things that he knows and loves and is truly talented in. Jordan would spend hours reading about autos and airplanes and the like and then want to build or fix something. He always talked of how someday he would have his own company and we knew that he would with that determination. Jordan attended leadership school in the summer one year and seemed to thrive with that experience.

Jordan has a very strong character and is an individual that has many strong attributes to be a successful member in society. There are many people who believe in him and know that he will do his best to be a contributor and utilize his many talents.

Thank you for taking the time to read my letter and share some of my interactions with Jordan.

Respectfully,

Deanna Mahler Williams


September 26, 2004

The Honorable Michael M. Mihm
United State District Court
Central District of Illinois
Peoria, IL 61614

LETTER OF REFERENCE FOR JORDAN WILLIAMS

Judge Mihm, Jordan Williams was a student in the high school program I coordinate at Eau Claire Memorial High School during the school year 1996-97. The Business Youth Apprenticeship program is an elective course for seniors who are selected based on application. These students receive two credits—one for the classroom portion and one for their work-based learning experience in business and industry. It is recognized by the Wisconsin Department of Public Instruction as well as the Wisconsin Department of Workforce Development. Jordan was extremely successful in this initiative!

I well remember this young man, as his technology skills stood out at a time when most students did not possess them. Not only was he extremely savvy at the car dealership where he worked in the service department, but he was also very generous in sharing his knowledge with his classmates as well as with me. Any time there was a situation in which we needed help, we did not call the tech coordinator—we merely asked Jordan.

Jordan Williams was extremely mature for a high school senior. His image was professional—his dress, his business etiquette, and his teamwork at the workplace were representative of one much older. Not before, nor since, have I been able to make a placement at this car dealership in the same capacity in which Jordan was employed. This is due to the high quality of his performance as well as the combination of knowledge he possessed—cars, technology, and customer service skills. He was recognized as "employee of the month" as his supervisor praised his dependability. "He will come in 20 minutes early or appear on Saturdays or days off just to see if we need extra help." His enthusiasm was contagious! He was unique!

Although it is hard for me to imagine that life has lead Jordan to this point, there is no doubt in my mind this young man has much to offer our society as a productive member. As a professional educator for more than 30 years, I encourage you to consider his attributes as you impose sentencing. I am confident that as Jordan accepts responsibility for his actions, he will also accept responsibility to make a positive contribution to the world in which we live.

Krisan K. Vine
Business Youth Apprenticeship Coordinator

September 22, 2004

The Honorable Michael M Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

I am first and foremost the mother of three young men, 31 yrs., 29 yrs., and 25 yrs. I have worked with young people for 12 years at the high school level. I was a secretary for the school counselor and for the athletic director. Before I had my own children I worked with teens in the Junior Achievement program for 4 years. When my children were young, I was in charge of the CCD program on Sundays at St. James Church in Riverton, Illinois for several years. I am presently a Sales Administrator at H.D. Smith Wholesale Drug Company.

I met Jordan Williams through my work at H.D. Smith. I have known Jordan for a little more than 3 years. He came to work at H.D. Smith in the Sales Department. He was always pleasant and respectful to me and anyone else he was working around. I was impressed with Jordan for several reasons. In this day and age it just surprised me that his appearance was always impeccable. He was not ashamed of his family but seemed wholly committed to them. In conversation you could see the love for his mother in his face when he spoke about her.

He has good work ethics. Completed assignments given to him without any trouble and never hesitated to ask questions if he needed help. Jordan is a person that I found I liked to work with. When working as a team, I know that I want Jordan Williams on my team.

Sincerely,

*Nancy Sudduth*

Nancy Sudduth

The Honorable Michael M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614


Your Honor
My name is Rebecca Blaylock.
I am Jordan William's aunt.

I come to you as a concerned parent; I have 5 children of my own and am grandmother of 2. I am a flight attendant for Continental airlines and have been a flight attendant for
19 years.

I have had a lot experience dealing with the public and my job is challenging at times as I know that yours is too.
I am a person of worth and value. I respect the position that you are in and I come before you and would like to tell you about my nephew Jordan.
He is a kind and considerate person. He has been there for me and my family good bad or ugly. He has been close to me, and I am his auntie Becky. I take pride in that.

He is a good man.
He has been a good kid, not giving any problems to his family.
He is trustworthy. I would trust him with all I have. He is helpful and very respectful.
How can I come to you to defend my nephew and ask for understanding, and expect for you to understand my position? Only I ask for you to take into consideration that there are a lot of things that this young man does to add to the life of others and I believe will continue to be a positive contributor to this society. He has been a great nephew, and cousin to my children.

We love him and ask for careful consideration in this hearing.
We all have family we love, I am here for Jordan.
Thank you for your time.

Respectfully:
Rebecca "Auntie Becky" Blaylock

Rebecca Blaylock

September 19, 2004

The Honorable Micheal M. Mihm
United States District Court
Central District of Illinois
Peoria, Illinois 61614

Dear Honorable Mihm:

My name is Jason W. Borlick. I have lived in Valparaiso, Indiana for most of my life.
I have been married for 11 years and have two sons, ages 9 and 4. I have a Bachelor's Degree from Ball
State University, which I earned in 1987. Professionally, I am the Business Development Manager for a
pharmaceutical distributor that generates sales in excess of 1.5 billion dollars annually. My entire career
has been spent in various aspects of the wholesale pharmaceutical business.

I first met Jordan Williams in May 2001. His Stepfather, Scott Mathson, has been a co-worker and friend
of mine for the past six years. I have gotten to know Scott's family including his wife, Kathy, Jordan, and
their twin sons Cameron and Taylor, fairly well over the years that Scott and I have worked together. I have
stayed in their home on a few occasions when I was on business trips that were close to their home. We
share many common interests such as a love for the state of Wisconsin and the Green Bay Packers. For
quite some time I have been somewhat aware of the struggles that Kathy faced as a single parent with
Jordan in her life prior to her marriage to Scott. They seemed to be typical difficulties that anyone in her
situation might have to deal with. However, most of what I have seen and known of them is the family that
exists today. What I have seen is a family with two loving, caring parents that are very involved in the
lives of all of their children and concerned with helping them in every aspect of their lives. They are
simply good people who are willing to face Jordan's problems head on right along with him.

In May 2001, my company had just secured a very large customer, and the recommendation was made to
hire Jordan for the conversion process. My responsibility was to oversee this process. I hired Jordan to
assist with the re-setting of departments, retail price management, give suggestions on how to improve
sales, answer customer questions, as well as to assist the retail client. I paid close attention to the work
being done as well as to how many man hours were being spent to complete the conversion. At this point,
Jordan was on the "honor system" as far as reporting how many hours he actually worked. However,
because Jordan was a new hire, I paid very close attention to the hours he worked as well as to the quality
of his work. Jordan turned in a very accurate and honest time sheet at the end of each work week. The
work he performed exceeded expectations. He was also on time, courteous, and quite helpful with the
customers.

After that initial project, Jordan was asked to help on several other projects my company had scheduled. I
also had the opportunity to spend some individual time with Jordan during a lengthy car ride as well as at
dinner on at least five occasions during projects. I was impressed with his pleasant, caring and considerate
nature. I am saddened by his situation, but hopeful for his future. What I saw was someone who is
capable of being a successful and productive member of society. His wonderful family is his biggest asset
right now. If he accepts the support and direction that is available to him from his mother, stepfather and
stepbrothers, among others who care, he will be able to overcome what he has done in the past.

Respectfully submitted,

Jason W. Borlick