UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1 1:03-cr-10110 |
| | ) | |
| JORDAN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR TERMINATION OF MANDATORY SUPERVISED RELEASE**

NOW COMES, the Defendant, JORDAN WILLIAMS, by and through his attorney, HUGH F. TONER, and move that this Honorable Court terminate the Defendant's mandatory supervised release. In support thereof, the Defendant would respectfully state as follows:

1. That the Defendant was convicted of the offense of unlawful possession of child pornography and child enticement.
2. That the Defendant was sentenced to a period of incarceration to be followed by a period of mandatory supervised release.
3. That upon his release from the Federal Bureau of Prisons, the Defendant began a term of mandatory supervised release.
4. That the statute provides for a period of supervised release for a term of up to lifetime supervision, which is what the Defendant received.
5. That as a condition of that supervised release, the Defendant was ordered to do certain things and refrain from doing others.
6. That the Defendant believes an objective assessment of his progress on supervised release would be that he has been a model success for all that was required of him.
7. That in addition to those requirements of supervised release, the Defendant has also completed college.
8. That the Defendant believes that he has benefitted greatly from some aspects of his supervised release.
9. That the Defendant believes that with his understanding of triggers, the tools that he has gained, he is capable of moving forward without the mandated requirements of supervised release.
10. That the Defendant also believes that the purpose of and goals of his supervised release have been accomplished and sees this request as a logical step in his recovery.

11. That the Defendant recognizes that he is, and always will be, subject to a lifetime registration as a sex offender. This requirement along with the safety net he has in place will serve as an adequate protection for the public while allowing him to progress in his recovery.

WHEREFORE, the Defendant prays that this Honorable Court terminate his supervised release or in the alternative shorten it to a specific number of years.

JORDAN WILLIAMS, Defendant

By: s/ Hugh F Toner III
HUGH F TONER III
Attorney for Defendant
1216 SW Adams St
Peoria, Illinois 61602
Phone: 309/671-4844
FAX: 309/671-5819
Email: tonerlawoffice@yahoo.com

CERTIFICATE OF SERVICE

    I hereby certify that on January 30 , 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Thomas Keith, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

By:     s/ Hugh F Toner III

HUGH F TONER III
Attorney for Defendant
1216 SW Adams St
Peoria, Illinois 61602
Phone: 309/671-4844
FAX: 309/671-5819
Email: tonerlawoffice@yahoo.com